# Charles Snyderman, P.A.
ATTORNEY AT LAW
STONEY BATTER OFFICE BUILDING
5301 LIMESTONE ROAD, SUITE 214
WILMINGTON, DELAWARE 19808

Phone: (302) 239-1140
Fax: (302) 239-2124

Please Visit Our Website:
www.lawyers.com/snyderman

September 5, 2007

Clerk's Office
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

RE: Dieffenbach et al. v. United States of America
Case Number: 07-515
My File No.: 9372.1

To the Clerk's Office:

Please re-issue the enclosed summons so that we can serve it. The post office made an error with the original certified letter which enclosed the first summons that you issued, and returned the green card to us without a signature. Although we were able to confirm with the post office that the first summons was delivered on August 29, 2007 at 1:36 p.m., I have decided to re-serve the summons so that I can obtain a green card that shows that it has been signed for. I have enclosed a self-addressed, stamped envelope. Thank you.

Sincerely,

Nicole Newman
Legal Secretary

NN/
Enclosures