## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KD, a minor, by his parent and natural  
guardian, Kenneth Dieffenbach, and  
KENNETH DIEFFENBACH, in his  
own right

      Plaintiff,

   v.

UNITED STATES OF AMERICA,

      Defendant.

:
:
:
:
:
:   Civil Action No. 07-515-***
:
:
:
:
:
:

## UNITED STATES' MOTION TO DISMISS OR IN
## THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The United States, by and through undersigned counsel, hereby respectfully moves the

court to dismiss the Complaint in this matter or, in the alternative, to grant summary judgment in

favor of the United States, and in support thereof, avers as follows:

1.  The Complaint is filed pursuant to the Federal Tort Claims Act, 28 U.S.C. 2671 *et*

*seq.* ("FTCA").

2.  The FTCA is a limited waiver of sovereign immunity, which must be strictly

construed. *United States v. Kubrick,* 444 U.S. 111 (1979)

3.  Neither the adult plaintiff nor the minor plaintiff complied with the administrative

prerequisites for suit, thus the Complaint must be dismissed.

4.    In the alternative, if the Court considers the exhibits attached to its Opening Brief in support of this motion, the United States prays for entry of an order of summary judgment in its favor.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

Dated: December 5, 2007