IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KD, et al. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-515 GMS |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| Defendant ) | |

**ORDER**

WHEREAS, on December 5, 2007, the defendant filed a Motion to Dismiss or, in the alternative, Motion for Summary Judgment (D.I. 6);

WHEREAS, pursuant to District of Delaware Local Rule 7.1.2(b) (2007), an answering brief to the motion was due on December 26, 2007, and

WHEREAS, as of the date of this Order, the plaintiff has not filed an answering brief.

IT IS HEREBY ORDERED that:

1. The plaintiff shall file an answering brief to the pending Motion to Dismiss within ten (10) days of the date of this Order.

2. Should the plaintiff fail to comply with this Order, the court will decide the Motion to Dismiss on the present record.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

January 22, 2008