## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KD, a minor, by his parent and natural           :
guardian, Kenneth Dieffenbach, and               :
KENNETH DIEFFENBACH, in his                      :
own right                                        :
                                                 :
                          Plaintiff,             :     Civil Action No. 07-515-***
                                                 :
          v.                                     :
                                                 :
UNITED STATES OF AMERICA,                        :
                                                 :
                          Defendant.             :

### CERTIFICATE OF SERVICE

      I, Maureen R. Davis, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on **January 30, 2008**, I electronically filed the foregoing **UNITED STATES' REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY** with the Clerk of the Court using CM/ECF.  Notification of such filing will be mailed via United States First Class Mail, postage prepaid to the following non registered participant(s):

**Frederick K. Funk**, Esq.
24 Polly Drummond Hill Road
Newark, DE 19711
(302) 368-6233

/s/Maureen R. Davis
Maureen R. Davis
Legal Assistant
Office of the United States Attorney
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Maureen.Davis@usdoj.gov